IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ANDRE WHITFIELD, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 3:14CV104–HEH |
| ERIC D. WILSON, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION
(Adopting Report and Recommendation and Dismissing Action)

Andre Whitfield, a federal inmate proceeding *pro se*, filed this petition for habeas corpus under 28 U.S.C. § 2241 ("§ 2241 Petition," ECF No. 1) challenging the Bureau of Prisons's method of awarding good conduct time credit and arguing that he is entitled to more than he has been awarded. On April 29, 2015, the Magistrate Judge recommended that the § 2241 Petition be dismissed because Whitfield has received all the credit he is due. (ECF No. 17.) The Court advised Whitfield that he could file objections within fourteen (14) days after the entry of the Report and Recommendation. Whitfield has not responded.

"The magistrate makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court." *Estrada v. Witkowski*, 816 F. Supp. 408, 410 (D.S.C. 1993) (citing *Mathews v. Weber*, 423 U.S. 261, 270–71 (1976)). This Court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). "The filing of

objections to a magistrate's report enables the district judge to focus attention on those issues—factual and legal—that are at the heart of the parties' dispute." *Thomas v. Arn*, 474 U.S. 140, 147 (1985). In the absence of a specific written objection, this Court may adopt a magistrate judge's recommendation without conducting a de novo review. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

There being no objections, the Report and Recommendation will be accepted and adopted. The Motion for Summary Judgment (ECF No. 12) will be granted. The Motion to Dismiss (ECF No. 11) will be denied as moot. Whitfield's claims and the action will be dismissed.

An appropriate Final Order will accompany this Memorandum Opinion.

                                                        /s/
                                    Henry E. Hudson

Date: June 4 2015            United States District Judge
Richmond, Virginia