

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANDRE WHITFIELD,  )
 )
    Petitioner,  )
 )
v.  )  Civil Action No. 3:14CV104–HEH
 )
ERIC D. WILSON,  )
 )
    Respondent.  )

# FINAL ORDER
### (Adopting Report and Recommendation and Dismissing Action)

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that:

    1.    The Report and Recommendation is ACCEPTED and ADOPTED;
    2.    Respondent's Motion for Summary Judgment (ECF No. 12) is GRANTED;
    3.    Respondent's Motion to Dismiss (ECF No. 11) is DENIED AS MOOT;
    4.    Whitfield's § 2241 Petition is DENIED; and,
    5.    Whitfield's claims and the action are DISMISSED.

Should Whitfield desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Final Order to Whitfield and counsel of record.

    And it is so ORDERED.

                                                            /s/
                                              Henry E. Hudson
Date: June 4, 2015                             United States District Judge
Richmond, Virginia